David M. Halbreich (SBN 138926)
Christopher O. Rivas (SBN 238765)
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendants Charles Miller, Pierre Chao and John Mei, and David Oldham

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor. | No. 9:16-bk-11912-DS<br><br>Chapter 7 |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Kevin Ruelas, Pierre Chao, John Mei, Lynn Chen, Christopher Holmes, Mark Shaw, Charles Miller, David Oldham, and DOES 1-10,<br><br>Defendants. | Adv. No. 9:18-ap-01070-DS<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

STIPULATION EXTENDING TIME

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

US_ACTIVE-143755855.1-CORIVAS

Defendants Charles Miller ("Miller"), Pierre Chao ("Chao"), John Mei ("Mei") and David Oldham (collectively, "Defendants"), and Corporate Recovery Associates, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC ("Plaintiff") (Defendants, and Plaintiff, the "parties"), by and through their respective attorneys, hereby enter into this stipulation ("Stipulation") as follows:

1. Defendants removed this action from the Superior Court of California for the County of Santa Barbara to this Bankruptcy Court on November 14, 2018.

2. The current deadline for Mr. Chao and Mr. Mei to respond to Plaintiff's complaint is November 21, 2018, the current deadline for Mr. Miller is November 29, 2018, and the current deadline for Mr. Oldham is December 3, 2018.

3. Defendants have requested, and Plaintiff has agreed—subject to the stipulation set forth in Paragraph 4 below—to extend Defendants' time to respond to the complaint in this action to December 21.

4. The parties agree that nothing herein shall constitute or be deemed a waiver of any forthcoming challenge by Plaintiff to Defendants' removal of this lawsuit and that this Stipulation shall not operate to bar or otherwise estop Plaintiff, in any manner, from seeking remand of this action to state court.

NOW, THEREFORE, Defendants respectfully request, pursuant to the parties' stipulation herein, that the Court continue the deadline to file a response to the complaint for each of the Defendants to December 21, 2018.

DATED: November 20, 2018        REED SMITH LLP

By:   /s/ Christopher O. Rivas
      David M. Halbreich
      Christopher O. Rivas

      Counsel for Defendants Charles Miller, Pierre Chao, John Mei and David Oldham

- 1 -

STIPULATION EXTENDING TIME

US_ACTIVE-143755855.1-CORIVAS

DATED: November 2⁰, 2018

LYNN PINKER COX HURST

By: _____
Christian Orozco

Attorneys for Plaintiff

- 2 -

STIPULATION EXTENDING TIME

US_ACTIVE-143755855.1-CORIVAS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 20, 2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov
Brian D Fittipaldi               brian.fittipaldi@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 20, 2018   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Edward Jason Dennis
Samuel B. Hardy
Christian A. Orozco
LYNN PINKER Cox & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

Office of The United States Trustee
1415 State Street, Suite 148
Santa Barbara CA, 93101

Mark Shaw
4999 Cervato Way
Santa Barbara, CA 93111

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 20, 2018   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah Saltzman, Judge
USBC, Central District of CA
1415 State St.
Santa Barbara, CA  93101-2511

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 20, 2018 | Sean Wilson | /s/ Sean Wilson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**