| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREENBERG TRAURIG, LLP<br>Howard J. Steinberg (SBN 89291)<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>Email: steinbergh@gtlaw.com<br>Attorneys for Defendants<br>CHARLES MILLER<br>PIERRE CHAO<br>JOHN MEI<br>DAVID OLDHAM<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for* Defendants | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor(s). | CASE NO.: 9:16-bk-11912-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 9:18-ap-01070-DS |
|---|---|
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>Plaintiff(s),<br>vs.<br><br>KEVIN RUELAS, PIERRE CHAO, JOHN MEI, LYNN CHEN, CHRISTOPHER HOLMES, MARK SHAW, CHARLES MILLER, DAVID OLDHAM, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): <u>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MOTION TO REMAND</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MOTON TO REMAND</u>
was lodged on (*date*) <u>12/18/2018</u> and is attached. This order relates to the motion which is docket number <u>16</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**ATTACHMENT**

GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN 89291)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: steinbergh@gtlaw.com

Attorneys for Defendants
CHARLES MILLER
PIERRE CHAO
JOHN MEI
DAVID OLDHAM

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>Adv. No. 9:18-ap-01070-DS |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN RUELAS, PIERRE CHAO, JOHN MEI, LYNN CHEN, CHRISTOPHER HOLMES, MARK SHAW, CHARLES MILLER, DAVID OLDHAM, et al.,<br><br>Defendants. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MOTION TO REMAND** |

The court having considered the Stipulation To Extend Time to Respond to Complaint and Motion to Remand (the "Stipulation") between defendants Charles Miller, Pierre Chao, John Mei and David Oldham (collectively, the "Defendants") and plaintiff Corporate Recovery Associates, LLC, and good cause appearing therefor,

IT IS HEREBY ORDERED that

1. The time to respond to the Complaint is extended to January 7, 2019.
2. The time to file an Opposition to the Motion is extended to January 7, 2019.
3. Plaintiff may file a Reply to any Opposition to the Motion on or before January 11, 2019.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MOTION TO REMAND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 18, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Christian A Orozco    corozco@lynnllp.com, thooker@lynnllp.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 18, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 18, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA MESSENGER
Honorable Deborah J. Saltzman, United States Bankruptcy Court
255 E. Temple Street, Courtroom 1339, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2018 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA 133712490v1

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___12/18/2018___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
- Christian A Orozco     corozco@lynnllp.com, thooker@lynnllp.com
- Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___12/18/2018___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA MESSENGER
Honorable Deborah J. Saltzman, United States Bankruptcy Court
255 E. Temple Street, Courtroom 1339, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/18/2018 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9021-1.2.ADV.NOTICE.LODGMENT